ZACH MASON, CA Bar # 329643
Email: zach.mason@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7013
Facsimile: (202) 435-7329

Attorney for Plaintiff
Bureau of Consumer Financial Protection

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>v.<br><br>Encore Capital Group, Inc.; Midland Funding, LLC; Midland Credit Management, Inc.; and Asset Acceptance Capital Corp.,<br><br>Defendants. | Case No.: 3:20-cv-1750-GPC-KSC<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER** |

Plaintiff, the Bureau of Consumer Financial Protection, and Defendants, Encore Capital Group, Inc., Midland Funding, LLC, Midland Credit Management, Inc., and Asset Acceptance Capital Corp. (collectively, Defendants), jointly move for the Court to enter an order resolving this matter consistent with Exhibit A, which the parties are

simultaneously emailing to chambers. All parties have agreed to the terms, as evidenced by their signatures hereon. Defendants further consent to entry of a final order before an Answer has been filed or any testimony has been taken. The parties therefore now jointly request that the Court enter an order consistent with Exhibit A.

Respectfully submitted,

For Plaintiff Bureau of Consumer Financial Protection:

        s/ Zach Mason
        Zach Mason (CA Bar # 329643)
        Enforcement Attorney
        Bureau of Consumer Financial Protection
        1700 G Street, NW
        Washington, DC 20552
        Tel: 212-328-7013
        Fax: 202-435-7329
        zach.mason@cfpb.gov

For Defendants Encore Capital Group, Inc, Midland Funding, LLC, Midland Credit Management, Inc., and Asset Acceptance Capital Corp.:

        s/ Lance A. Wade
        Lance A. Wade (Pro Hac Vice Pending)
        David M. Horniak (CA Bar # 268441)
        Williams & Connolly LLP
        725 Twelfth Street, NW
        Washington, DC 20005
        Tel: 202-434-5000
        Fax: 202-434-5029
        LWade@wc.com, DHorniak@wc.com

Pursuant to § 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures for the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendants and that I have obtained authorization from Lance A. Wade to affix his electronic signature to this document.

s/ Zach Mason
Zach Mason (CA Bar # 329643)
Enforcement Attorney
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552
Tel: 212-328-7013
Fax: 202-435-7329
zach.mason@cfpb.gov
